# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULJI PATEL, | NO. CV 09-2918 R (FMO) |
|         Petitioner, | |
|         v. | **JUDGMENT** |
| CAPTAIN CRUZ, | |
|         Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 1, 2009.

                                                MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE